CR421-0097

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
2021 MAY -6  A 8:50
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 21 U.S.C. § 846 |
| | ) Conspiracy to Possess With |
| DIALLOW AKPAN JOHNSON | ) Intent to Distribute and to |
| a/k/a "KEVIN WILLIAMS," | ) Distribute Controlled Substances |
| and | ) (Cocaine) |
| DEBORAH DENISE WILLIAMS | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) Distribution of a Controlled |
| | ) Substance (Cocaine) |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of a Firearm in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime |
| | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| | ) Prohibited Person |
| | ) |
| | ) 21 U.S.C. § 856(a)(1) |
| | ) Maintaining Drug-Involved |
| | ) Premises |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*Conspiracy to Possess With Intent to Distribute and*
*to Distribute Controlled Substances (Cocaine)*
21 U.S.C. § 846

Beginning on a date at least as early as July 2020, up to and including the return date of this indictment, the precise dates being unknown, in Chatham County, within the Southern District of Georgia, and elsewhere within the United States, the defendants,

DIALLOW AKPAN JOHNSON
a/k/a "KEVIN WILLIAMS,"
and
DEBORAH DENISE WILLIAMS,

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT TWO
*Possession With Intent to Distribute Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about January 6, 2021, in Chatham County, within the Southern District of Georgia, the defendants,

**DIALLOW AKPAN JOHNSON**
**a/k/a "KEVIN WILLIAMS,"**
**and**
**DEBORAH DENISE WILLIAMS,**

aided and abetted by each other and by others known and unknown, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

3

## COUNT THREE
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about January 6, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

**DIALLOW AKPAN JOHNSON**
**a/k/a "KEVIN WILLIAMS,"**

did knowingly possess a firearm in furtherance of at least one drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, *Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substance* in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment, and *Possession With Intent to Distribute Controlled Substance* in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

4

## COUNT FOUR
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about January 6, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

### DIALLOW AKPAN JOHNSON
### a/k/a "KEVIN WILLIAMS,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a ND-3 FN semi-automatic pistol, which had previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE
*Maintaining Drug-Involved Premises*
21 U.S.C. § 856(a)(1)

Beginning on a date at least as early as July 29, 2020, up to and including January 6, 2021, the precise dates being unknown, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendants,

**DIALLOW AKPAN JOHNSON**
**a/k/a "KEVIN WILLIAMS,"**
**and**
**DEBORAH DENISE WILLIAMS,**

did lease, rent, use, and maintain a place located at 101 Spring Lakes Drive, Apartment 707, Savannah, Georgia, for the purpose of distributing cocaine, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

A True Bill.

_____
David H. Estes
Acting United States Attorney

_____
Frank M. Pennington, II
Assistant United States Attorney
*Lead Counsel

_____
Karl Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Noah Abrams
Assistant United States Attorney
*Co-lead Counsel