```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF GEORGIA
                         SAVANNAH DIVISION
```

UNITED STATES OF AMERICA,       )
                                )
                                )
    V.                          )
                                )
DIALLOW JOHNSON                 )   Indictment No.: CR421-97-1
                                )
    Defendant.                  )
                                )
_____ )

## AMENDED ORDER

Chester J. Gregg, counsel of record for the defendant in the above-styled case, has moved for an additional time to file motions in the instant case. The Government consents to said extension of time and the Court finds that the ends of justice served in granting this request outweigh the best interest of the public and the defendant in a speedy trial. Therefore, Defendant shall file any motions in this case no later than July 10, 2021. Failure to grant this request would have denied defense counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv).

**SO ORDERED** this 29th day of June, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA