IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CASE NO.: 4:21-CR-097-1 |
| v. | : |
| | : |
| | : |
| DIALLOW JOHNSON, | : |
| | : |
| Defendant. | : |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by counsel for Diallow Johnson in the above-referenced case for Monday, January 30, 2023 through and including Friday, February 3, 2023, the same is hereby GRANTED.

It is so ORDERED this 29th day of December, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA