IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DIALLOW AKPAN JOHNSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO.: 4:21-cr-97

**O R D E R**

Petitioner Diallow Akpan Johnson filed a Motion for Certificate of Appealability. (Doc. 194.) However, the Court already denied Johnson the requested relief in its Order dated May 21, 2025. (Doc. 188.) In that Order, the Court denied Johnson the issuance of a Certificate of Appealability and *in forma pauperis* status on appeal. (Id.) To the extent Johnson seeks reconsideration of this Court's prior denial, he identifies no grounds for the Court to alter its previous ruling.[1] (Doc. 23.) Thus, the Court **DENIES** the Motion.

Johnson also filed a Motion, (doc. 192), to reopen the time to appeal the Court's Order, (doc. 188), denying his Motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The Court **DENIES as moot** Johnson's Motion as the United States Court of Appeals has opened an appeal case, No. 25-12576-H, on Johnson's appeal of this Court's prior Order.

**SO ORDERED**, this 28th day of January, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The decision to grant a motion for reconsideration is within the district court's discretion. Fla. Ass'n of Rehab. Facilities, Inc. v. State of Fla. Dep't of Health & Rehab. Servs., 225 F.3d 1208, 1216 (11th Cir. 2000). Motions for reconsideration are to be filed only where there is: (1) newly discovered evidence; (2) an intervening development or change in controlling law; or (3) a need to correct a clear error of law or fact. Bryan v. Murphy, 246 F. Supp. 2d 1256, 1258–59 (N.D. Ga. 2003). None of those circumstances apply here.